UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS MCCOMBS,<br><br>        Plaintiff,<br><br>   v.<br><br>S. SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00712-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>30-DAY-DEADLINE |

Plaintiff has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the application is unsigned. Accordingly, the Court ORDERS Plaintiff, **within 30 days** of the date of service of this order, to complete, sign and submit the attached application to proceed *in forma pauperis* or pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

   Dated:   **May 26, 2020**                        **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE