UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS MCCOMBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00712-DAD-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>21-DAY DEADLINE |

　　　On August 26, 2020, the Court issued a screening order directing Plaintiff, within 21 days, to file a second amended complaint curing the deficiencies in his pleading. (Doc. 10.) The Court granted Plaintiff a 30-day extension of time to comply with the screening order on September 26, 2020. (Doc. 12.) Although more than the allowed time has passed, Plaintiff has failed to file an amended complaint.

　　　The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with … any order of the Court may be grounds for the imposition by the Court of any and all sanctions … within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a

court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the Court ORDERS Plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why this action should not be dismissed for his failure to comply with a court order. Alternatively, within that same time, Plaintiff may file a first amended complaint curing the deficiencies identified in the Court's screening order (Doc. 10) or a notice of voluntary dismissal of this case. **Failure to comply with this order will result in a recommendation that this case be dismissed for failure to state a claim and to obey a court order.**

IT IS SO ORDERED.

Dated:   **November 17, 2020**         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE